IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>v.<br><br>BENJAMIN JAMES MOONEYHAN,<br>        Defendant, | ) CASE NO. 5:10-CR-273<br>)<br>)<br>) JUDGE: OLIVER<br>)<br>)<br>)<br>) AFFIDAVIT<br>) |

### AFFIDAVIT

Now comes Benjamin James Mooneyhan, being competent to testify in a court of law, being first duly sworn, depose and say and declare by my signature that the following facts are true, correct, complete and filed in good faith. This Affidavit is not a motion submitted to the discretion of the court and shall be taken for value as proclaimed.

1. I Benjamin James Mooneyhan state the fact, that I did not Robbed First Merit Bank on 5-11-2010 at no time.

2. I Benjamin James Mooneyhan state the fact, that I did not Robbed Hunington Bank on 4-28-2010 at no time.

3. I Benjamin James Mooneyhan state the fact, that I did not Robbed Consumers National Bank on 5-11-2010 at no time.

4. I Benjamin James Mooneyhan state the fact, that I am six foot and two inchs.

5. I Benjamin James Mooneyhan state the fact, that I did not Wright no note to give to the teller.

6. I Benjamin James Mooneyham state the fact, that the photograph picture at the Bank was not me at all.

7. I Benjamin James Mooneyhan state the fact, that I do not have blond hair.

## AFFIDAVIT

**Continuation**

8. I Benjamin James Mooneyhan state the fact, that Karrie Lynn Lawson is not telling the truth I did not talk to Karrie Lynn Lawson about anything.

9. I Benjamin James Mooneyhan state the fact, that I did not talk to Rosemary moore about anything.

10. I Benjamin James Mooneyhan state the fact, that my brithday is October 13, 1990.

11. I Benjamin James Mooneyhan state the fact, that my eye color is Blue and Gray color.

12. I Benjamin James Mooneyhan state the fact, that I did not talk to Chris Lawson about any Bank Robbery.


STATE OF OHIO

COUNTY OF MAHONING

**ACKNOWLEDGEMENT**

Subcribed and sworn to before me this day _29th_ of _March 2011_, 2011 Benjamin James Mooneyhan did personally appear in front of _Betsy Valentin-Boukvab_, and under oath affirm the above mentioned facts.

_Betsy Valentin-Boukvab_
NOTARY PUBLIC - State of Ohio

_Betsy Valentin-Boukvab_
MY COMMISSION EXPIRES _June 15, 2013._

Benjamin James Mooneyh:
5479/056

SEAL: